AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Yenny Yamileth PINO<br>YOB: 1987<br>Citizenship: United States<br><br>_____<br>Defendant(s) | )<br>)<br>)  Case No.  7:18 mj 1995<br>)<br>)<br>)<br>)  **SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2018__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), 846 | knowingly and unlawfully conspired to possess with intent to distribute approximately 233.50 grams of fentanyl, a schedule II controlled substance |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✔ Continued on the attached sheet.

Approved by David X Lindenmuth 9/24/18

_____
Complainant's signature

Heidi Bridges, U.S. HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: 09/25/2018  - 8:37 a.m.

City and state: McAllen, Texas

U.S. Magistrate Judge Juan F. Alanis
Printed name and title

ATTACHMENT "A"

On August 12, 2018, Yenny Yamileth PINO, attempted entry at the Hidalgo Port of Entry as a pedestrian. PINO was referred to secondary inspection due to inconsistencies in her travel itinerary. During the pat down in secondary, Customs and Border Protection Officers found two vacuumed sealed bags, which contained 881 unidentified blue pills in PINOs under garments. PINO additionally stated that she was carrying an unknown object in her vaginal area.

PINO gave written consent for a medical examination which revealed PINO was carrying a cylinder-shaped object within her body. The object, 5.9 inches in length, was wrapped in a black material and secured by a condom. The object contained 1,100 unidentified blue pills. For a total of 1,981 pills on, or in, her person.

HSI interviewed PINO at the Hidalgo POE. In a post Miranda statement, PINO acknowledged she was a body carrier of an illegal substance. In exchange for transporting the illegal substance, PINO received a discount on a body enhancement procedure, and was also paid with 30 of the 1,981 pills. PINO was to turn over some of the pills to an unidentified taxi driver in McAllen, Texas.

On August 28, 2018, HSI McAllen submitted the unidentified blue pills to the Texas Department of Public Safety Crime Lab for analysis. The lab report results indicated that the pills, weighing approximately 233.50 grams, contain fentanyl.